**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **LISA WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) CAUSE NO: | |
| | ) | |
| **PEARSON EDUCATION INC.,** | ) | **1 : 1 0 -cv- 1 3 5 6 *Twf* -DML** |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1.      COMES NOW, the Plaintiff, Lisa Wilson ("Wilson"), by counsel, and brings this Complaint against Pearson Education, Inc. ("Defendant"), for violating the Equal Pay Act, 29 U.S.C.§§ 206(d).

### II. PARTIES

2.      Wilson resided within the geographic boundaries of the Southern District of Indiana at all times relevant to this action.

3.      Defendant is a corporation that has maintained offices and conducted business within the geographic boundaries of the Southern District of Indiana at all times relevant to this action.

### III. JURISDICTION AND VENUE

4.      This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1331, 28 U.S.C. §1343; and 29 U.S.C. § 216(b).

5.      Defendant is an "employer" as that term is defined by 29 U.S.C. § 203(d).

6.      Wilson, at all times relevant, was an "employee" as that term is defined by 29

U.S.C. § 203(e)(1).

7.      A substantial portion of the events, transactions, and occurrences concerning this case have arisen in the geographical environs of the Southern District of Indiana, thus venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

8.      Wilson was hired by Defendant on October 16, 1990 as a Proofreader.

9.      In or about 1994, Wilson was promoted to a Senior Editor.

10.      In or about 1995, Wilson was promoted to Managing Editor.

11.      In or about 1997, Wilson was promoted to Director of Editorial Services.

12.      In or about 2006, Wilson was moved to the Custom Group, where she became Director of Operations and Production.

13.      In or about 2008, Wilson was promoted to Assistant Vice President of Operations and Production in or about 2008.

14.      At all relevant times during her employment, Wilson was paid significantly less than similarly situated males, despite the fact that Wilson and her male peers all held positions which required equal skill, effort and responsibility, and which were performed under similar working conditions.

## V. LEGAL ALLEGATIONS

### VIOLATION OF THE EQUAL PAY ACT

15.      Wilson hereby incorporates by reference paragraphs one (1) through fourteen (14).

16.      In violation of the EPA, Defendant paid Wilson significantly less than her male peers despite the fact that her male peers were employed in similar positions which required equal skill, effort and responsibility, and which were performed under similar working

conditions.

17.     Defendant's actions were intentional, willful, and taken in reckless disregard of Wilson's legal rights.

18.     Defendant's actions violated Wilson's rights as protected by the Equal Pay Act, 29 U.S.C. §§ 206(d).

19.     Wilson has suffered damages as a result of Defendant's actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Lisa Wilson, by counsel, respectfully requests that this Court find for Plaintiff and:

1.     Permanently enjoin Defendant from engaging in any employment policy or practice that discriminates against employees on the basis of sex;

2.     Award Wilson her lost wages in an amount sufficient to compensate her for the damages caused by Defendant's unlawful acts;

3.     Award Wilson liquidated damages for Defendant's intentional violations of the EPA;

4.     Award Wilson her attorney fees, litigation expenses, and costs incurred as a result of this action;

5.     Award Wilson pre- and post-judgment interest on all sums recoverable; and

6.     Grant such other relief as may be just and proper.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: _____

Andrew Dutkanych III
411 Main Street
Evansville, IN 47708
Telephone:      (812) 424-1000
Facsimile:      (812) 424-1005
Email:          ad@bdlegal.com

Attorneys for Plaintiff, Lisa Wilson


## DEMAND FOR JURY TRIAL

Plaintiff, Lisa Wilson, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: _____

Andrew Dutkanych III
411 Main Street
Evansville, IN 47708
Telephone:      (812) 424-1000
Facsimile:      (812) 424-1005
Email:          ad@bdlegal.com

Attorneys for Plaintiff, Lisa Wilson