UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LISA WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.:  1:10-cv-01356-TWP-DML |
| | ) | |
| v. | ) | |
| | ) | |
| PEARSON EDUCTION INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned, being all parties who have appeared in the above-captioned action, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| s/ William M. Krowl_____ | s/ Jane McFetridge (with permission)_____ |
| Andrew Dutkanych III | Jane McFetridge |
| William M. Krowl | Kenneth C. Robling |
| BIESECKER DUTKANYCH & MACER, LLC | JACKSON LEWIS, LLP |
| 411 Main Street | 150 North Michigan Ave, Suite 2500 |
| Evansville, IN 47708 | Chicago, IL 60601 |
| Telephone:  (812) 424-1000 | Telephone:  (312) 803-2508 |
| Facsimile:  (812) 424-1005 | Facsimile:  (312) 787-4995 |
| Email:   ad@bdlegal.com | Email:    mcfetridgej@jacksonlewis.com |
|            wkrowl@bdlegal.com |              roblingk@jacksonlewis.com |
| | |
| Attorneys for the Plaintiff | Attorneys for the Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on the following parties via the Court's electronic docket system and CM/ECF:

                Jane McFetridge
                Kenneth C. Robling
                150 North Michigan Ave, Suite 2500
                Chicago, IL 60601
                Telephone: (312) 803-2508
                Facsimile: (312) 787-4995
                Email: mcfetridgej@jacksonlewis.com
                              roblingk@jacksonlewis.com

                s/ William M. Krowl_____
                William M. Krowl